VENABLE LLP

Tamany Vinson Bentz (SBN 258600)
Email: tjbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Joshua J. Kaufman (*pro hac vice* to be filed)
Email: jjkaufman@venable.com
575 7th Street NW
Washington, DC 20004
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Damon W.D.  Wright (*pro hac vice* to be filed)
Email: dwright@venable.com
575 7th Street NW
Washington, DC 20004
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Attorneys for Plaintiff Instant Checkmate, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTANT CHECKMATE, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>MOO MEDIA GROUP, INC., a Delaware corporation; ANDRE HASNA, an individual; PATRIOT LIBERTY, an unincorporated business entity; TRUTH ABOUT PRIVACY, an unincorporated business entity; and PATRIOT SURVIVAL PLAN, an unincorporated business entity,<br><br>Defendants. | CASE NO.  **'14CV0584 JLS   JMA**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

For its Complaint, Plaintiff Instant Checkmate, Inc. ("ICM") brings this complaint against Defendants Moo Media Group, Inc., Andre Hasna, Patriot

1

Liberty, Truth About Privacy, and Patriot Survival Plan (collectively "Defendants") and alleges as follows:

## INTRODUCTION

1. This is an action for federal copyright infringement under 17 U.S.C. § 101 *et seq.*

2. ICM brings this action to prevent Defendants from willfully infringing ICM's copyright in the source code, text and two-dimensional images located on its website, www.instantcheckmate.com.

3. Without ICM's permission, Defendants are knowingly and willfully reproducing and publicly displaying source code, graphics, and text from ICM's website on Defendants' own website, www.truthaboutprivacy.com.

## PARTIES

4. ICM is incorporated under the laws of the State of Delaware, and it maintains its principal place of business in San Diego County, California.

5. ICM is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant Moo Media Group, Inc. is a Delaware Corporation conducting business across the United States, including in San Diego County, California via the internet and through employment of its Chief Operating Officer, Gianni Lofti, who operates from San Diego, California.

6. ICM is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant Andre Hasna is an individual residing in Wilmington, Alabama, and conducting business across the United States, including in San Diego County, California via the internet and through his employment as Chief Marketing Officer of Moo Media Group, Inc. and by directing the Defendants' infringing activities as alleged below.

7. ICM is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant Patriot Liberty is an unincorporated business entity based in Wilmington, Alabama, with a website address of

2

www.patriotliberty.com and conducting business across the United States, including in San Diego County, California via the internet and through association with Moo Media Group, Inc.

8.  ICM is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant Truth About Privacy is an unincorporated business entity based in Wilmington, Alabama, with a website address of www.truthaboutprivacy.com and conducting business across the United States, including in San Diego County, California via the internet and through association with Moo Media Group, Inc. and Patriot Liberty.

9.  ICM is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant Patriot Survival Plan is an unincorporated business entity, with a website address of www.patriotsurvivalplan.com and conducting business across the United States, including in San Diego County, California via the internet and through association with Moo Media Group, Inc. and Patriot Liberty.

## JURISDICTION AND VENUE

10.  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 because the action alleges violations of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*

11.  Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims raised in the lawsuit occurred in this judicial district, and because Defendants conduct business in this district and Defendants' actions have injured ICM, whose headquarters are in this judicial district.

12.  ICM is informed and believes and, on that basis, alleges that Defendants are subject to the personal jurisdiction of this Court because Defendants transact substantial business, and otherwise have caused tortious injury to ICM, in the State of California and within this judicial district.

7773238-v1                                                                                         COMPLAINT

## FACTS AND BACKGROUND

### Plaintiff Instant Checkmate, Inc.

13. ICM is an Internet-based company that launched in March 2011. ICM provides people finder, public records search, and criminal records search services to individual consumers. These services are sold online at www.instantcheckmate.com ("the ICM Website") and are available across the United States.

14. ICM has invested substantial time, effort, and financial resources into developing and testing the ICM Website with consumers and creating the original and copyrighted content on its website. ICM has engaged in extensive consumer testing to identify the most effective, revenue-generating layouts for its webpages. This testing includes split testing hundreds of headlines, sub-headlines, overall page layouts, and text block wording.

15. The contents of the ICM Website, including the text, two-dimensional images, and arrangement of component parts that appear on the website, are wholly original works that constitute copyrightable subject matter under the laws of the United States.

16. The contents of the ICM Website were created and/or authored by various employees of ICM as works for hire, pursuant to employment contracts. Accordingly, ICM is the copyright owner of the ICM Website in whole and its component parts.

17. ICM owns all right, title, and interest in the ICM Website and each and every webpage featured thereon, as registered with the U.S. Copyright Office. ICM has complied in all respects with the Copyright Act of 1976, 17 U.S.C. § 101 et seq., and applied for and received numerous copyright registrations for the ICM Website, including source code, graphics and imagery. The Copyright Registrations containing the infringed upon material were registered as: *Instant Checkmate, Inc. Website*, number VAu 1-115-426, registered on November 9,

2012; *Instant Checkmate, Inc. Website II*, number VAu 1-128-459, registered on April 25, 2013 *Instant Checkmate Website III*, number VAu 1-141-016, registered on May 22, 2013; *Instant Checkmate Website IV*, number VAu 1-155-980, registered on June 14, 2013; and *Instant Checkmate, Inc. Code III*, number TXu 1-868-389, registered on June 14, 2013.  As the website and code are updated, numerous subsequent updating copyright registrations for the website and code have been registered, including pending registrations, such as *Instant Checkmate, Inc. Website V* and *Instant Checkmate, Inc. Website VI*, among others; these subsequent registrations also contain infringed-upon material.

### Defendants

18.    Defendants operate various websites, including a website found at the domain name www.truthaboutprivacy.com.  The www.truthaboutprivacy.com website includes source code that has been wholesale copied from the ICM Website, including several search functionality files without which the www.truthaboutprivacy.com website's search option would not function, and files where Defendants have not even removed reference to "ICM" within the code that they copied from the ICM Website.  The www.truthaboutprivacy.com website also includes imagery and share an overall concept and feel on several pages with the ICM Website, making it substantially similar to the ICM Website.  Defendants are also operating a website found at the domain name www.patriotsurvivalplan.com.  The www.patriotsurvivalplan.com website also includes imagery and share an overall concept and feel on several pages with the ICM Website, making it substantially similar to the ICM Website.  Collectively, the www.truthaboutprivacy.com website and the www.patriotsurvivalplan.com website are referred to herein as the "Infringing Websites."

19.    The domain name for the www.truthaboutprivacy.com website is registered to Defendant Andre Hasna and Patriot Liberty.  According to the domain name services registry database Whois, Defendants Andre Hasna and Patriot

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1 Liberty are identified as the registrant, the administrative contact, the billing
2 contact, and the technical contact for the www.truthaboutprivacy.com website. In
3 addition, the www.truthaboutprivacy.com website indicates on its home page, and
4 every page on the website, that it is "Brought to You By Patriot Liberty."

5  20.  The domain name for the www.patriotsurvivalplan.com website is
6 registered to Andre Hasna. According to the domain name services registry
7 database Whois, Defendants have listed an individual from Scotland as the
8 registrant. However, notably, Defendants have provided Andre Hasna's email
9 address as the registrant, the administrative contact, the billing contact, and the
10 technical contact for the www.patriotsurvivalplan.com website. In addition, the
11 www.patriotsurvivalplan.com website indicates on its home page, and every page
12 on the website, that it is "Brought to You By Patriot Liberty."

13  21.  Defendant Patriot Liberty operates a website found at the domain
14 name www.patriotliberty.com. According to the domain name services registry
15 database Whois, Defendants Andre Hasna and Moo Media Group, Inc. are
16 identified as the registrant, the administrative contact, the billing contact, and the
17 technical contact for the Patriot Liberty website.

18  22.  Defendant Moo Media Group, Inc. operates a website found at the
19 domain name www.moomediagroup.com. According to this website, Moo Media
20 Group, Inc. offers advertising and marketing services, including marketing
21 campaigns and website development. According to the domain name services
22 registry database Whois, Defendants Andre Hasna and Moo Media Group, Inc. are
23 identified as the registrant, the administrative contact, the billing contact, and the
24 technical contact for the Moo Media Group, Inc. website.

25  23.  ICM is informed and believes and, on that basis, alleges that
26 Defendants developed the Infringing Websites and directly participated in, or
27 directed, the unauthorized reproduction and display of the ICM Website and code.
28

ICM is informed and believes and, on that basis, alleges that Defendant Andre Hasna is the Chief Marketing Officer of Moo Media Group, Inc.

## FIRST CLAIM
## COPYRIGHT INFRINGEMENT OF WEBSITE

24. ICM incorporates by reference the foregoing paragraphs as if fully set forth herein.

25. Defendants are using website content that is the same as or substantially similar to ICM's copyrighted website content. Specifically, the Infringing Websites infringe upon Plaintiff's registered copyrightable materials as to its text, images, elements, compilation, and has the same total concept and feel, all being substantially similar to the copyrighted ICM Website.

26. Defendants are infringing the copyright in the ICM Website by unlawfully reproducing, preparing derivative works, and publicly displaying to the public identical or substantially similar web content in violation of the United States Copyright Act, 17 U.S.C. § 106. At no time has ICM authorized Defendants to reproduce, prepare derivative works, or publicly display the ICM Website or any portion thereof.

27. Representative samples of Defendants' infringement can be found at:
   a. http://www.truthaboutprivacy.com/bridge.php?p=39&cid=&affid=&c1=&c2=&c3=&v=&t=1.0&v=2
   b. https://www.truthaboutprivacy.com/secure/checkout.php?p=39&cid=&affid=&c1=&c2=&c3=&v=2&t=1.0
   c. https://www.patriotsurvivalplan.com/secure/checkout.php?p=32&cid=&affid=&c1=&c2=&c3=&v=&t=2.0&v=3

28. Defendants' infringements were and are willful, and executed with full knowledge of ICM's copyright, and in conscious disregard of ICM's exclusive rights in its protected work.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

7773238-v1                                               COMPLAINT

29. By reason of Defendants' infringement, ICM has sustained and will continue to sustain substantial injury, loss, and damage to its ownership rights in the copyrighted work.

30. Further irreparable harm to ICM is imminent as a result of Defendants' conduct, and ICM is without an adequate remedy at law. ICM is therefore entitled to an injunction, in accordance with 17 U.S.C. § 502, restraining Defendants, their officers, directors, agents, employees, representatives, assigns, and all persons acting in concert with Defendants from engaging in further acts of copyright infringement.

31. ICM is further entitled to recover from Defendants the damages sustained by ICM as a direct and proximate result of Defendants' acts of infringement. ICM is at present unable to ascertain the full extent of the monetary damage it has suffered by reason of Defendants' acts of copyright infringement.

32. ICM is further entitled to recover from Defendants the gains, profits, and advantages Defendants have obtained as a result of its acts of copyright infringement. ICM is at present unable to ascertain the full extent of the gains, profits, and advantages Defendants have obtained by reason of its acts of copyright infringement.

33. At its election, and in lieu of Defendants' profits derived from its willful copyright infringement, ICM is entitled to recover statutory damages in accordance with 17 U.S.C. § 504.

34. ICM is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

## SECOND CLAIM

## COPYRIGHT INFRINGEMENT OF SOURCE CODE

35. ICM incorporates by reference the foregoing paragraphs as if fully set forth herein.

36. Defendants' www.truthaboutprivacy.com website contains source code that is the same as or substantially similar to ICM's copyrighted source code. The source code for Defendants "search loader" page includes code copied from Plaintiff's source code as registered by Plaintiff with the U.S. Copyright office. The source code identified as bridgeLoaders.js (linked to by Defendants' "search loader" page source code and found at http://www.truthaboutprivacy.com/assets/live/global/js/bridgeLoaders.js) includes large blocks of code copied from Plaintiff's source code registered by Plaintiff with the U.S. Copyright office. It even includes reference to "ICM" within the code, further evidencing the direct copying.

37. Defendants are infringing ICM's copyrighted source code by unlawfully reproducing, preparing derivative works, and publicly displaying to the public identical or substantially similar source code in violation of the United States Copyright Act, 17 U.S.C. § 106. At no time has ICM authorized Defendants to reproduce, prepare derivative works, or publicly display ICM's copyrighted source code or any portion thereof.

38. Defendants' infringements were and are willful, and executed with full knowledge of ICM's copyright, and in conscious disregard of ICM's exclusive rights in its protected work.

39. By reason of Defendants' infringement, ICM has sustained and will continue to sustain substantial injury, loss, and damage to its ownership rights in the copyrighted work.

40. Further irreparable harm to ICM is imminent as a result of Defendants' conduct, and ICM is without an adequate remedy at law. ICM is therefore entitled to an injunction, in accordance with 17 U.S.C. § 502, restraining Defendants, their officers, directors, agents, employees, representatives, assigns, and all persons acting in concert with Defendants from engaging in further acts of copyright infringement.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

41.   ICM is further entitled to recover from Defendants the damages sustained by ICM as a direct and proximate result of Defendants' acts of infringement. ICM is at present unable to ascertain the full extent of the monetary damage it has suffered by reason of Defendants' acts of copyright infringement.

42.   ICM is further entitled to recover from Defendants the gains, profits, and advantages Defendants have obtained as a result of its acts of copyright infringement. ICM is at present unable to ascertain the full extent of the gains, profits, and advantages Defendants have obtained by reason of its acts of copyright infringement.

43.   At its election, and in lieu of Defendants' profits derived from its willful copyright infringement, ICM is entitled to recover statutory damages in accordance with 17 U.S.C. § 504.

44.   ICM is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff ICM prays for judgment against Defendants and:

1.   For a preliminary and permanent injunction enjoining and restraining Defendants and all persons acting in concert with them from reproducing, distributing, creating derivative works, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to the copyrighted works, and to destroy and certify to the Court such destruction or deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control.

2.   For actual damages and Defendants' profits to be determined at trial, plus interest.

3.   For statutory damages of $150,000 per infringement pursuant to 17 U.S.C. § 504.

4.   For their reasonable attorneys' fees and costs.

7773238-v1                                                                                              COMPLAINT

5. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

ICM demands trial by jury on all claims so triable.

DATED: March 13, 2014

VENABLE LLP

By: /s/ Tamany Vinson Bentz
Joshua J. Kaufman (pro hac vice)
Damon W.D. Wright (pro hac vice)
Tamany Vinson Bentz

Attorneys for Instant Checkmate, Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

7773238-v1

11

COMPLAINT