VENABLE LLP

Tamany Vinson Bentz (SBN 258600)
Email: tjbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Joshua J. Kaufman (*pro hac vice* to be filed)
Damon W.D. Wright (*pro hac vice* to be filed)
Email: jjkaufman@venable.com
      dwdwright@venable.com
575 7th Street NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Plaintiff Instant Checkmate, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTANT CHECKMATE, INC., a Delaware corporation,<br><br>                Plaintiff,<br>v.<br><br>MOO MEDIA GROUP, INC., a Delaware corporation; ANDRE HASNA, an individual; PATRIOT LIBERTY, an unincorporated business entity; TRUTH ABOUT PRIVACY, an unincorporated business entity; and PATRIOT SURVIVAL PLAN, an unincorporated business entity,<br><br>                Defendants. | CASE NO. 14-cv-00584-JLS-JMA<br><br>Hon. Janis L. Sammartino<br><br>**JOINT MOTION AND REQUEST FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND FINAL JUDGMENT** |

1

Plaintiff Instant Checkmate, Inc. ("Plaintiff") and Defendants Moo Media, Inc. and Andre Hasna, by counsel, hereby moves this Court to enter the attached Consent Permanent Injunction and Final Judgment.

WHEREAS Plaintiff asserted claims against Defendants Moo Media, Inc., Andre Hasna and other Defendants, alleging that the Defendants committed copyright infringement through use of certain copyrighted works in connection with a website.

WHEREAS the attached Consent Permanent Injunction and Final Judgment provides that Defendants Moo Media, Inc. and Andre Hasna, having reached a final settlement with Plaintiff, consent to the entry of the specified permanent injunction and final judgment against them.

WHEREAS the attached Consent Permanent Injunction and Final Judgment further provides that Defendants Patriot Liberty, Truth Above Privacy, and Patriot Survival Plan, who have not been served and who have not appeared, shall have all claims against them dismissed with prejudice

WHEREAS the entry of the attached Consent Permanent Injunction and Final Judgment will thereby fully resolve this action as to all Defendants.

WHEREFORE, it is hereby stipulated and requested that the Court enter the attached Consent Permanent Injunction and Final Judgment.

DATED: October 1, 2014

VENABLE LLP
By: /s/ Tamany Vinson Bentz

Tamany Vinson Bentz
 Attorneys for Instant Checkmate, Inc.

DENTONS US LLP
By: /s/ Paul M. Kakuske
Paul M. Kakuske

Attorneys for Moo Media, Inc. and Andre Hasna

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

## SIGNATURE CERTIFICATION

I am the ECF User whose identification and password are being used to file the foregoing **JOINT MOTION AND REQUEST FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND FINAL JUDGMENT**. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.

DATED: October 1, 2014

VENABLE LLP

By: /s/ Tamany Vinson Bentz

Tamany Vinson Bentz
Attorneys for Plaintiff Instant Checkmate, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2014, I caused a true and correct copy of the foregoing document(s) described as **JOINT MOTION AND REQUEST FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND FINAL JUDGMENT** to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

DATED: October 1, 2014

VENABLE LLP

By: /s/ Tamany Vinson Bentz

Tamany Vinson Bentz
Attorneys for Plaintiff Instant Checkmate, Inc.