# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTANT CHECKMATE, INC.,<br>a Delaware corporation,<br><br>                                    Plaintiff,<br><br>vs.<br><br>MOO MEDIA GROUP, INC.,<br>a Delaware corporation; ANDRE<br>HASNA, an individual; PATRIOT<br>LIBERTY, an unincorporated business<br>entity; TRUTH ABOUT PRIVACY,<br>an unincorporated business entity; and<br>PATRIOT SURVIVAL PLAN, an<br>unincorporated business entity,<br><br>                                    Defendants. | CASE NO. 14-CV-584 JLS (JMA)<br><br>**ORDER GRANTING JOINT MOTION AND REQUEST FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND FINAL JUDGMENT**<br><br>(ECF No. 11) |

Presently before the Court is the parties' Joint Motion and Request for Entry of Consent Permanent Injunction and Final Judgment. (ECF No. 11.) Plaintiff Instant Checkmate Inc. ("ICM") and Defendants Moo Media, Inc. and Andre Hasna have agreed to enter into a Consent Permanent Injunction and Final Judgment without admission of liability or wrongdoing by the Defendants. The parties have also agreed to waive the necessity of the Court to make specific findings of fact, have agreed that this Court has jurisdiction to enter a consent permanent injunction and final judgment in this matter, and have waived any right to judicial review or to otherwise contest the validity and enforcement of this agreement. Further, the parties have stipulated to the

following:

1. Defendants and their respective officers and employees are permanently enjoined from copying, reproducing, displaying, publishing or otherwise using the source code identified as bridgeLoaders.js script or infringing any source code identified in any of the following ICM copyrighted works registered as: Instant Checkmate, Inc. Website, number VAu 1-115-426, registered on November 9, 2012; Instant Checkmate, Inc. Website II, number VAu 1-128-459, registered on April 25, 2013; Instant Checkmate Website III, number VAu 1-141-016, registered on May 22, 2013; Instant Checkmate Website IV, number VAu 1-155-980, registered on June 14, 2013; and Instant Checkmate Inc. Code III, number TXu 1-868-389, registered on June 14, 2013.

2. The Court shall retain jurisdiction for the purpose of enforcing compliance or contempt proceedings arising out of this Consent Permanent Injunction and Final Judgment.

3. If Plaintiff prevails in any action to enforce this Consent Permanent Injunction and Final Judgment, Plaintiff shall be entitled to recover reasonable attorney's fees and costs in addition to any other remedy available at law or in equity.

4. If Plaintiff determines that information provided to Plaintiff by Defendants while reaching the terms set out in this Consent Permanent Injunction and Final Judgment are based on knowing and deliberate misrepresentations by Defendants, Plaintiff may set aside this judgment and proceed against Defendants.

5. For 12 months following the date of the entry of this Order, Defendants shall promptly notify Plaintiff of any changes that may affect compliance obligations arising under this agreed Consent Permanent Injunction and Final Judgment, including but not limited to: a dissolution, assignment, sale, merger, or other action that would result in the emergence of a successor entity; the creation or dissolution of a subsidiary, parent or affiliate entity that engages in any acts or practices subject to this permanent injunction; a change in corporate name or address; or material change in any corporate ownership or control. Nothing in this paragraph prohibits Defendants from selling and

1  divesting full ownership interest and control in its business assets.

2      6. Any notices to Defendants shall be provided to their legal counsel of record
3  in this case and shall be sufficient if sent by certified mail, return receipt requested.

4      7. Any notices to Plaintiff may be provided to its legal counsel of record in this
5  case and shall be sufficient if sent by certified mail, return receipt requested.

6      Good cause appearing, the Court **GRANTS** the Joint Motion and IT IS
7  **HEREBY ORDERED, ADJUDGED and DECREED** that this Consent Permanent
8  Injunction and Final Judgment is entered on behalf of the Plaintiff and against the
9  Defendants. All claims against other parties in this action are **DISMISSED WITH**
10 **PREJUDICE**.  The Clerk shall close the file

11     **IT IS SO ORDERED**.

12 DATED: October 9, 2014

13                                     Honorable Janis L. Sammartino
14                                     United States District Judge